UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| LEA MOI, A.K.A. LEA FALK, | Case No: 6:22-cv-01889-MK |
| Plaintiff, | |
| v. | **ORDER DISMISSING CITY OF SPRINGFIELD** |
| CITY OF SPRINGFIELD; and SPRINGFIELD POLICE OFFICER CONNER O'LEARY, | |
| Defendants. | |

This matter having come before the Court on April 12, 2024, on the stipulated Notice filed by the parties (ECF 38), it is hereby Ordered:

1. The City of Springfield is hereby dismissed;

2. Plaintiff's claim(s) related to the seizure of money from her car are hereby dismissed; and

3. The only remaining claim is a Fourth Amendment Claim against Officer Conner O'Leary that is ready to proceed to trial.

DATED this 9th day of May 2024.

                                              s/ Mustafa T. Kasubhai
                                              MUSTAFA T. KASUBHAI (He / Him)
                                              United States Magistrate Judge